# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIONELL ERNEST THOLMER, | CV F 06 1403 AWI LJO P |
| Plaintiff, | |
| v. | ORDER DENYING MOTION TO COMPEL PRISON TO PROVIDE PLAINTIFF WITH TRUST ACCOUNT STATEMENT (Doc. 12.) |
| JAMES A. YATES, et. al., | |
| Defendants. | |

Lionell Ernest Tholmer ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action filed pursuant to 42 U.S.C. § 1983. Plaintiff filed the instant action on October 12, 2006. The Court issued an Order requiring Plaintiff to submit a completed application to proceed in forma pauperis or pay the filing fee on November 14, 2006. Plaintiff, however, has not yet complied with the Court Order.

On December 11, 2006, Plaintiff filed a Motion to Compel the Defendants to provide Plaintiff with a certified copy of his trust account statement under Rule 27.

Pursuant to Rule 37(a) of the Federal Rules of Civil Procedure, a party propounding discovery may seek an order compelling disclosure when an opposing party has failed to respond or has provided evasive or incomplete responses. Fed.R.Civ.P. 37(a)(2)(3). Rule 37, however, is reserved to discovery proceedings. In this case, the Court has not yet opened discovery and even were that the case, the discovery of a trust account statement is irrelevant to the claims raised in the case. Thus, Plaintiff's Motion must be denied on those grounds.

Plaintiff is informed that he must follow all the prison procedures required in order to

1  obtain the appropriate documentation that must accompany his application to proceed in forma
2  pauperis.  Should Plaintiff experience difficulty in obtaining the necessary documentation, he
3  may submit a copy of the Court's Order requiring that he attach such documentation to his
4  request.  If the Court has not received the items requested by Plaintiff, Plaintiff must contact the
5  prison trust account office concerning any delay in the submission of the documents. It does not
6  appear from Plaintiff's Motion that he has done this but instead has looked to the Court for
7  assistance via a Motion to Compel.  The Court may not intervene on Plaintiff's behalf and Order
8  the prison to provide Plaintiff with the necessary documentation.  The responsibility to obtain
9  such documentation and have it submitted to the Court is on the Plaintiff as he is the person
10 seeking in forma pauperis status.

11         Accordingly, the Court HEREBY ORDERS:

12         1.      The Motion to Compel is DENIED.

13 IT IS SO ORDERED.

14 **Dated:**   **December 14, 2006**            **/s/ Lawrence J. O'Neill**
   b9ed48                                    UNITED STATES MAGISTRATE JUDGE