UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIONELL THOLMER, | 1:06-cv-01403 LJO-P |
|       Plaintiff, | **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 9) |
| vs. | |
| JAMES A. YATES, et al., | **ORDER DENYING MOTION FOR PRELIMINARY INJUNCTIVE RELIEF** (Doc. 8) |
|       Defendants. | |

    Lionell Tholmer ("Plaintiff"), a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

    On December 5, 2006, the Magistrate Judge filed Findings and Recommendations herein which were served on Plaintiff and which contained notice to Plaintiff that any objections to the Findings and Recommendations were to be filed within thirty (30) days. To date, Plaintiff has not filed objections to the Magistrate Judge's Findings and Recommendations.

//

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed December 5, 2006, are ADOPTED IN FULL; and,

2. Plaintiff's Motion for preliminary injunctive relief, filed November 16, 2006, is DENIED, without prejudice.

IT IS SO ORDERED.

**Dated:   March 2, 2007**            /s/ Lawrence J. O'Neill
b9ed48                                   UNITED STATES DISTRICT JUDGE