# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIONELL THOLMER, | 1:06-cv-01403-LJO-GSA-PC |
| Plaintiff, | ORDER FINDING SERVICE OF COMPLAINT APPROPRIATE, AND FORWARDING SERVICE DOCUMENTS TO PLAINTIFF FOR COMPLETION AND RETURN WITHIN THIRTY DAYS |
| v. | |
| JAMES A. YATES, et al., | |
| Defendants. | (Doc. 11.) |

Plaintiff Lionell Tholmer ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on October 12, 2006. (Doc. 1.) On December 5, 2006, Plaintiff filed a First Amended Complaint, upon which this case now proceeds. (Doc. 11.)

On January 6, 2009, the Court screened the First Amended Complaint pursuant to 28 U.S.C. § 1915A and found that it states cognizable claims for relief under section 1983 against defendants John Doe (Chief Medical Officer), James A. Yates (Warden), Allison (Correctional Counselor), J. Mattingly (Chief Deputy Warden), and C. Hudson (Appeals Coordinator), for failure to provide adequate medical care in violation of the Eighth Amendment. (Doc. 23.) Fed. R. Civ. P. 8(a); Erickson v. Pardus, 127 S.Ct. 2197, 2200 (2007); Alvarez v. Hill, 518 F.3d 1152, 1157-58 (9th Cir. 2008). The court gave Plaintiff two options, to either file a Second Amended Complaint, or to notify the court that he wishes to proceed on the claims found cognizable by the court. On March 9, 2009,

Plaintiff filed written notice to the court that he wishes to proceed only on the claims found cognizable by the court. (Doc. 24.)[1] Accordingly, it is HEREBY ORDERED that:

1. Service is appropriate for the following defendants:

   John Doe (Chief Medical Officer)[2]

   James A. Yates (Warden)

   Allison (Correctional Counselor)

   J. Mattingly (Chief Deputy Warden)

   C. Hudson (Appeals Coordinator)

2. The Clerk of the Court shall send Plaintiff five (5) USM-285 forms, five (5) summonses, a Notice of Submission of Documents form, an instruction sheet and a copy of the First Amended Complaint filed December 5, 2006 (Doc. 11);

3. **Within thirty (30) days** from the date of this order, Plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the Court with the following documents:

   a. Completed summonses;

   b. One completed USM-285 form for each defendant listed above; and

   c. Six (6) copies of the endorsed First Amended Complaint filed December 5, 2006;

4. Plaintiff need not attempt service on Defendants and need not request waiver of service. Upon receipt of the above-described documents, the Court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs; and

---

[1] In a Findings and Recommendations order issued concurrently with this Order, the Court recommends dismissal of Plaintiff's due process claim, First Amendment claim, claim for deprivation of property, and claim for an inadequate prison appeals process, based on Plaintiff's failure to state a claim upon which relief may be granted; and dismissal of defendants Maddox, Spralding, Beel, Cabral, Jobinger, Martin, Bruce, Diaz, Garcia and Scott, based on Plaintiff's failure to state any claims upon which relief may be granted against them.

[2] Plaintiff must identify the John Doe defendant before the U.S. Marshal can serve him or her with a summons and complaint. The court shall send Plaintiff sufficient materials for all of the defendants named above, including the John Doe defendant. However, Plaintiff's failure to adequately identify the John Doe defendant with name and address on the forms may result in dismissal of this defendant from this action.

5. <u>The failure to comply with this order will result in a recommendation that this action be dismissed</u>.

IT IS SO ORDERED.

Dated:   **November 11, 2009**                          **/s/ Gary S. Austin**
                                                UNITED STATES MAGISTRATE JUDGE

3