IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIONELL ERNEST THOLMER,<br><br>      Plaintiff,<br><br>  vs.<br><br>JAMES A. YATES, et al.,<br><br>      Defendants.<br>_____/ | 1:06-cv-01403-LJO-GSA-PC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS (Doc. 41.)<br><br>ORDER DENYING DEFENDANTS' MOTION TO DISMISS (Doc. 35.)<br><br>ORDER REVOKING PLAINTIFF'S IN FORMA PAUPERIS STATUS<br><br>ORDER VACATING ORDER GRANTING LEAVE TO PROCEED IN FORMA PAUPERIS (Doc. 15.)<br><br>ORDER VACATING ORDER DIRECTING CDCR TO MAKE PAYMENT OF FILING FEE (Doc. 16.)<br><br>ORDER REQUIRING PLAINTIFF TO PAY $350.00 FILING FEE IN FULL FOR THIS ACTION WITHIN THIRTY DAYS, OR THIS CASE WILL BE DISMISSED<br><br>ORDER DIRECTING CLERK TO SERVE THIS ORDER ON THE CDCR AND THE COURT'S FINANCIAL DEPARTMENT |

///

1

Lionell Ernest Tholmer ("plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On May 17, 2010, findings and recommendations were entered, recommending that defendants' motion to dismiss be denied, plaintiff's in forma pauperis status be revoked, and that plaintiff be required to pay the filing fee in full for this action. (Doc. 41.) Plaintiff was granted thirty days in which to file objections to the findings and recommendations. To date, plaintiff has not filed objections or otherwise responded to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 73-305, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, THE COURT HEREBY ORDERS that:

1. The Findings and Recommendations issued by the Magistrate Judge on May 17, 2010, are ADOPTED in full;

2. Defendants' motion to dismiss, filed on March 8, 2010, is DENIED;

3. Plaintiff's in forma pauperis status is REVOKED;

4. Plaintiff is REQUIRED to pay the $350.00 filing fee in full for this action, within thirty days from the date of service of this order. To pay the filing fee, Plaintiff shall send a cashier's check or money order, referring to case number 1:06-cv-01403-LJO-GSA-PC, for $350.00 made payable to the United States District Court, at:

   United States District Court
   Clerk's Office
   2500 Tulare Street, Room 1050
   Fresno, CA  93721

5. The court's order of January 11, 2007, granting leave for plaintiff to proceed in forma pauperis, is VACATED;

6. The court's order of January 11, 2007, directing the CDCR to make payment of the filing fee, is VACATED; and

7. The Clerk is DIRECTED to serve a copy of this order upon:

    (1) the Director of the CDCR, Sacramento, California, and

    (2) the Financial Department, U.S. District Court, Eastern District of California, Fresno Division.

IT IS SO ORDERED.

Dated:   **June 24, 2010**                    **/s/ Lawrence J. O'Neill**
                                                     UNITED STATES DISTRICT JUDGE